IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| SHAUN PETTIWAY | : | NO. 08-129 |

<u>ORDER</u>

AND NOW, this 3rd day of September, 2009, upon consideration of defendant's Motion to Suppress Physical Evidence (Docket No. 17), the government's response thereto, and after a hearing on August 24, 2009, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that said motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.