```
                  IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :        CRIMINAL ACTION
                                  :
           v.                     :
                                  :        NO. 08-129
SHAUN PETTIWAY                    :
```

ORDER

AND NOW, this     25th     day of June 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the petition of defendant Shaun Pettiway to transfer him to home confinement (Doc. #77) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                          J.